SHELL OIL COMPANY, PLAINTIFF-RESPONDENT, v. ZONING BOARD OF ADJUSTMENT OF THE BOROUGH OF SHREWSBURY, DEFENDANT-APPELLANT.

Argued February 5, 1974—Decided February 20, 1974.

336

*Mr. Robert H. Otten* argued the cause for the appellant (*Messrs. Crowell & Otten,* attorneys; *Mr. David W. Clark* on the brief.)

*Mr. Lawrence A. Carton, III* argued the cause for the respondent (*Messrs. Pillsbury, Barnacle, Russell & Carton,* attorneys; *Mr. John G. Colannino* on the brief.)

PER CURIAM. The judgment of the Appellate Division is reversed substantially for the reasons expressed in the dissenting opinion of Judge Kolovsky, reported at 127 *N. J. Super.* 60, 62 (1974).

*For reversal*—Chief Justice HUGHES and Justice JACOBS, HALL, MOUNTAIN, SULLIVAN, PASHMAN and CLIFFORD—7.

*For affirmance*—None.